**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Eric Lamont WILLOUGHBY, Defendant–Appellant.**

**No. 10–10384.**

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 11, 2011.*

Filed Aug. 16, 2011.

Kathryn C. Newman, Office of the U.S. Attorney, Las Vegas, NV, for Plaintiff–Appellee.

Mario D. Valencia, Esquire, Mario D. Valencia, Attorney at Law, Henderson, NV, for Defendant–Appellant.

Eric Lamont Willoughby, Phoenix, AZ, pro se.

Before: THOMAS, SILVERMAN, and CLIFTON, Circuit Judges.

MEMORANDUM **

Eric Lamont Willoughby appeals from his guilty-plea conviction and 36–month sentence for bank robbery and aiding and abetting, in violation of 18 U.S.C. §§ 2 and 2113(a). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Willoughby's counsel

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**